IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAND M. BASS,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN BERNARDINO COUNTY<br>SHERIFF'S OFFICE, et al.,<br><br>        Defendants. | No. 2:19-CV-0108-DMC-P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. For cases such as this, which are based on federal question jurisdiction, the federal venue statute requires that the action be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. See 28 U.S.C. § 1391(b).

/ / /

/ / /

/ / /

1

Here, plaintiff claims he was falsely arrested at gunpoint by unknown bail bondsmen in Vacaville, California, pursuant to an arrest warrant issued for his brother, Eric Bass. Plaintiff further claims that he was then transported under protest to the San Bernardino County Jail where he was held for ten days even after it was learned he was not the correct subject of the arrest warrant. Plaintiff states he was eventually released and dropped off at a bus station in the desert far from his home in Solano County. It thus appears a substantial portion of the events giving rise to plaintiff's claims arose in San Bernardino County, where plaintiff was allegedly falsely imprisoned, which is within the boundaries of the United States District Court for the Central District of California. It also appears number of defendants to this action are located in San Bernardino County. Therefore, the court finds that this action most appropriately proceeds in that district. In the interest of justice, the court will transfer this case. See 28 U.S.C. § 1406(a).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated: February 4, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE