O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAND M. BASS,<br><br>Plaintiff,<br><br>v.<br><br>SAN BERNADINO COUNTY SHERIFFS OFFICE, et al.,<br><br>Defendants. | Case No. 5:19-cv-00231-MWF-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge to which no objections were filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered: (1) converting the County's motion to strike into a motion to dismiss Plaintiff's prayer for punitive damages, and granting it; (2) granting the motions to dismiss filed by BHBB and the County; and (3) dismissing the Second Amended Complaint with prejudice.

DATED: April 6, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE