JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAND M. BASS,<br><br>    Plaintiff,<br><br>v.<br><br>SAN BERNADINO COUNTY<br>SHERIFFS OFFICE, et al.,<br><br>    Defendants. | Case No. 5:19-cv-00231-MWF (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint is dismissed with prejudice.

DATED: April 6, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE